

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *Mattress Firm, Inc. v. Alexander Deitch*

Appellate case number:   01-18-00867-CV

Trial court case number: 2017-73196

Trial court:             151st District Court of Harris County

Date motion filed:       September 21, 2020

Party filing motion:     Appellant

        It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Goodman, and Countiss.

Date:  December 29, 2020